**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**
**BOISE DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Andrey Poltavskiy | § | Case No. 14-01826-TLM |
| Svetlana Poltavskaya | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/31/2014 . The undersigned trustee was appointed on 10/31/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    7,530.02

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 90.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]         $    7,440.02

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/08/2015 and the deadline for filing governmental claims was 04/29/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,503.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,503.00 , for a total compensation of $ 1,503.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 16.40 , for total expenses of $ 16.40 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/07/2015            By: /s/Noah Hillen
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-01826 | TLM | Judge: | Terry L. Myers | Trustee Name: | Noah Hillen |
|---|---|---|---|---|---|---|
| Case Name: | Andrey Poltavskiy | | | | Date Filed (f) or Converted (c): | 10/31/2014 (f) |
| | Svetlana Poltavskaya | | | | 341(a) Meeting Date: | 11/25/2014 |
| For Period Ending: | 08/07/2015 | | | | Claims Bar Date: | 04/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1307 Savannah Street, Caldwell, Idaho 83605 | 113,500.00 | 0.00 | | 0.00 | FA |
| 2. 1346 E. Palermo Street, Meridian, Idaho 83642 | 196,500.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand | 170.00 | 0.00 | | 0.00 | FA |
| 4. Checking: Iccu | 246.80 | 61.70 | | 61.70 | FA |
| 5. Savings: Iccu | 25.00 | 6.25 | | 6.25 | FA |
| 6. Checking: Iccu- Business | 165.85 | 41.46 | | 41.46 | FA |
| 7. Savings: Iccu- Business | 25.00 | 6.25 | | 6.25 | FA |
| 8. Iccu Personal Checking | 156.63 | 39.16 | | 39.16 | FA |
| 9. Iccu Personal Savings | 28.28 | 7.07 | | 7.07 | FA |
| 10. Household Goods and Furnishings | 4,279.00 | 0.00 | | 0.00 | FA |
| 11. Books, Pictures And Knick Knacks | 130.00 | 0.00 | | 0.00 | FA |
| 12. Clothings & Shoes | 350.00 | 0.00 | | 0.00 | FA |
| 13. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 14. Vehicle: 2008 Nissan Titan Miles: 69,429 | 18,800.00 | 2,000.00 | | 2,000.00 | FA |
| 15. Vehicle: 2005 Volvo Semi Truck Miles: 1,389,000 | 8,000.00 | 5,000.00 | | 5,000.00 | FA |
| 16. 2 Dogs | 100.00 | 0.00 | | 0.00 | FA |
| 17. 2014 Tax Refunds (u) | 0.00 | 368.13 | | 368.13 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $342,676.56   $7,530.02   $7,530.02   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8-4-15 - Attempted multiple times to reach bank in order to get approval for short sale. Bank not returning phone calls. Trustee to submit TFR without pursuing short sale.
6-24-15 - Contacted by realtor that would like to try to arrange a short sale with $10,000 coming to the estate.
6-2-1 5- Assets fully administered.
5-11-15 - IRS still processing federal return.
4-20-15 - Received state refund.
3-15-15 - Waiting for 2014 tax returns.
1-22-15 - Receive sale funds from debtors.
1-6-15 - Auctioneer values semi truck at approximately $20,000 to $25,000. Engine rebuilt in July of 2014.

RE PROP #   14   --   Per amended Sch C - Doc 22
RE PROP #   15   --   Per amended sched C - Doc 22

Initial Projected Date of Final Report (TFR): 12/15/2015     Current Projected Date of Final Report (TFR): 12/15/2015

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 14-01826 | Trustee Name: | Noah Hillen |
| Case Name: | Andrey Poltavskiy | Bank Name: | Union Bank |
| | Svetlana Poltavskaya | Account Number/CD#: | XXXXXX8835 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8136 | Blanket Bond (per case limit): | $81,007,665.00 |
| For Period Ending: | 08/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/15 | 14 | Andrewy & Svetlana Poltavskiy 1307 SAVANNAH STREET CALDWELL, ID 83605 | Liquidation of Personal Property | 1129-000 | $2,000.00 | | $2,000.00 |
| 01/22/15 | 15 | Tatyana & Nicolay Shtevnin 2321 Laramie Ln. Sacramento CA 95815-3424 | Liquidation of Personal Property | 1129-000 | $5,000.00 | | $7,000.00 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,985.00 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,970.00 |
| 04/08/15 | | Pas Transportation DBA of Debtors | Liquidation of Personal Property | | $88.02 | | $7,058.02 |
| | | | Gross Receipts          $88.02 | | | | |
| | 6 | | Checking: Iccu-Business          $35.54 | 1129-000 | | | |
| | 7 | | Savings: Iccu-Business          $6.25 | 1129-000 | | | |
| | 8 | | Iccu Personal Checking          $39.16 | 1129-000 | | | |
| | 9 | | Iccu Personal Savings          $7.07 | 1129-000 | | | |
| 04/20/15 | 17 | State of Idaho | Tax Refund | 1224-000 | $314.00 | | $7,372.02 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,357.02 |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $7,342.02 |
| 06/02/15 | | U.S. Treasury | Tax Refund | | $128.00 | | $7,470.02 |
| | | | Gross Receipts          $128.00 | | | | |
| | 4 | | Checking: Iccu          $61.70 | 1129-000 | | | |
| | 5 | | Savings: Iccu          $6.25 | 1129-000 | | | |
| | 6 | | Checking: Iccu-Business          $5.92 | 1129-000 | | | |
| | 17 | | 2014 Tax Refunds          $54.13 | 1224-000 | | | |

Page Subtotals:                                $7,530.02         $60.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-01826 | Trustee Name: | Noah Hillen |
|---|---|---|---|
| Case Name: | Andrey Poltavskiy | Bank Name: | Union Bank |
|  | Svetlana Poltavskaya | Account Number/CD#: | XXXXXX8835 |
|  |  |  | Checking |
| Taxpayer ID No: | XX-XXX8136 | Blanket Bond (per case limit): | $81,007,665.00 |
| For Period Ending: | 08/07/2015 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $7,455.02 |
| 07/27/15 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $15.00 | $7,440.02 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $7,530.02 | $90.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,530.02 | $90.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,530.02 | $90.00 |

| Page Subtotals: | $0.00 | $30.00 |
|---|---:|---:|

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8835 - Checking | $7,530.02 | $90.00 | $7,440.02 |
| | $7,530.02 | $90.00 | $7,440.02 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,530.02 |
| Total Gross Receipts: | $7,530.02 |

Case 14-01826-TLM    Doc 33    Filed 09/09/15    Entered 09/09/15 11:23:53    Desc
Page 6 of 11

Page Subtotals:                         $0.00                $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-01826-TLM  
Debtor Name: Andrey Poltavskiy  
Claims Bar Date: 4/8/2015  

Date: August 7, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Noah Hillen<br>P.O. Box 6538<br>Boise, Idaho 83707 | Administrative | | $0.00 | $1,503.00 | $1,503.00 |
| 100 2200 | Noah Hillen<br>P.O. Box 6538<br>Boise, Idaho 83707 | Administrative | | $0.00 | $16.40 | $16.40 |
| 100 3410 | Roger Clubb<br>Simmons and Clubb<br>410 S Orchard Street, Ste 156<br>Boise, ID 83705 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | Claim reviewed; ok, DR | $0.00 | $28,592.08 | $28,592.08 |
| 2 300 7100 | Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | Claim reviewed; ok, DR | $0.00 | $8,477.11 | $8,477.11 |
| 3 300 7100 | Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | Claim reviewed; ok, DR | $0.00 | $13,738.29 | $13,738.29 |
| 4 300 7100 | Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | Claim reviewed; ok, DR | $0.00 | $10,849.29 | $10,849.29 |
| 6 300 7100 | American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | Claim reviewed; ok, DR | $0.00 | $27,170.50 | $27,170.50 |
| 7 300 7100 | American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | Claim reviewed; ok, DR | $0.00 | $26,158.48 | $26,158.48 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-01826-TLM  
Debtor Name: Andrey Poltavskiy  
Claims Bar Date: 4/8/2015  
Date: August 7, 2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | Citibank; ok, Dr | $0.00 | $12,079.11 | $12,079.11 |
| 9<br>300<br>7100 | Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | Citibank; ok, DR | $0.00 | $13,565.48 | $13,565.48 |
| 10<br>300<br>7100 | Cavalry Spv I, Llc<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured | Furniture Row; ok, DR | $0.00 | $1,134.27 | $1,134.27 |
| 11<br>300<br>7100 | Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | Citibank; ok, DR | $0.00 | $11,992.65 | $11,992.65 |
| 12<br>300<br>7100 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | Amended to $0 by claimant | $0.00 | $0.00 | $0.00 |
| 5<br>400<br>4110 | Roseleaf Hoa<br>P.O. Box 1090<br>Meridian, Id 83680 | Secured | HOA dues on real property; Trustee did not liquidate collateral | $0.00 | $2,751.86 | $0.00 |
| | Case Totals | | | $0.00 | $158,028.52 | $155,276.66 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2

Printed: August 7, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-01826-TLM
Case Name: Andrey Poltavskiy
           Svetlana Poltavskaya
Trustee Name: Noah Hillen

Balance on hand       $     7,440.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 5 | Roseleaf Hoa | $ 2,751.86 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors      $     0.00

Remaining Balance      $     7,440.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Noah Hillen | $ 1,503.00 | $ 0.00 | $ 1,503.00 |
| Trustee Expenses: Noah Hillen | $ 16.40 | $ 0.00 | $ 16.40 |
| Accountant for Trustee Fees: Roger Clubb | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $     1,519.40

Remaining Balance      $     5,920.62

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 153,757.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (Usa) | $ 28,592.08 | $ 0.00 | $ 1,100.97 |
| 2 | Capital One Bank (Usa) | $ 8,477.11 | $ 0.00 | $ 326.42 |
| 3 | Capital One Bank (Usa) | $ 13,738.29 | $ 0.00 | $ 529.01 |
| 4 | Capital One Bank (Usa) | $ 10,849.29 | $ 0.00 | $ 417.77 |
| 6 | American Express Bank | $ 27,170.50 | $ 0.00 | $ 1,046.23 |
| 7 | American Express Bank | $ 26,158.48 | $ 0.00 | $ 1,007.27 |
| 8 | Resurgent Capital Services | $ 12,079.11 | $ 0.00 | $ 465.12 |
| 9 | Resurgent Capital Services | $ 13,565.48 | $ 0.00 | $ 522.36 |
| 10 | Cavalry Spv I, Llc | $ 1,134.27 | $ 0.00 | $ 43.68 |
| 11 | Resurgent Capital Services | $ 11,992.65 | $ 0.00 | $ 461.79 |
| 12 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 5,920.62

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE